**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Pamela E. Prescott, Esq. (SBN: 328243)
pamela@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Ryan L. McBride, Esq. (SBN: 297557)
ryan@kazlg.com
2221 Camino Del Rio S, Ste 101
San Diego, CA 92108-3609
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Shayan Kamrava

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAYAN KAMRAVA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENLAR FSB,<br><br>Defendant. | Case No.: 2:20-cv-11465-TJH-E<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Final Approval/Fairness Hearing**<br>**Date**: February 24, 2025<br>**Time**: 10:00 a.m.<br>**Courtroom**: 9C<br>**Judge**: Hon. Terry J. Hatter, Jr. |

---

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **February 24, 2025, at 10:00 a.m.**, (or as soon thereafter as the matter may be heard) before the United States District Court, in Courtroom 9C (or as assigned) of the First Street Courthouse located at 350 West First Street, Los Angeles, CA 90012, plaintiff Shayan Kamrava ("Plaintiff") will and hereby does move for final approval of a proposed class action settlement and certification of the settlement class, pursuant to Fed. R. Civ. P. 23(a), 23(b)(3) and 23(e), as well as Section III.15 of the Settlement Agreement (Dkt. No. 66-3).

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declarations and Exhibits thereto, the First Amended Complaint, all other pleadings and papers on file with the Court in this action, and upon such other evidence and arguments as may be presented at the hearing on this matter.[2]

Dated: January 13, 2025            Respectfully Submitted,

                                   **KAZEROUNI LAW GROUP, APC**

                                   By:   */s Abbas Kazerounian*
                                         Abbas Kazerounian, Esq.
                                         *Attorneys for Plaintiff*

---

[2] Plaintiff's Motion for Attorneys' Fees, Costs and Service Award is filed concurrently herewith as a separately noticed motion.