UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-11465-TJH-E | Date | April 7, 2025 |
| Title | Shayan Kamrava v. Cenlar FSB | | |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| V.R. Vallery | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Ryan L. McBride | Lindsey E. Kress (ZOOM APPEARANCE) |

Proceedings:   **MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [78]; MOTION FOR ATTORNEYS' FEES, COSTS AND SERVICE AWARD [79]**

The hearing is held. Following discussions with counsel, the Court grants the Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs and Service Award.

00:03