UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAYAN KAMRAVA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENLAR FSB,<br><br>Defendant. | Case No.: 2:20-cv-11465-TJH-E<br><br>ORDER GRANTING JOINT STIPULATED REQUEST FOR SUPPLEMENTAL DISTRIBUTION TO TCPA SETTLEMENT CLASS [87] |

Before the Court is the Stipulated Request for a Supplemental distribution to the TCPA Settlement Class file by Plaintiff Shayan Kamrava ("Plaintiff") and Defendant Cenlar FSB ("Defendant").

For good cause shown, the Court hereby GRANTS the Stipulation and ORDERS as follows:

(1) Within seven (7) days of this Order, Plaintiff's counsel shall send via wire transfer the $23,557.00 in excess costs back to the Claims Administrator; and,

(2) Within thirty (30) days this Order, the Claims Administrator shall redistribute the available $27,198.05 on a *pro rata* per call basis to the eligible TCPA Class members whose Notice Packets were not previously returned as undeliverable.

IT IS SO ORDERED.

DATED: September 5, 2025

HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE